IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

GREGORY HOLMON,

    **Plaintiff,**

vs.      No. 04-C-0046

CITY OF MILWAUKEE,

    **Defendant.**

## ORDER FOR DISMISSAL

Upon all of the records, files and proceedings previously had in this action, and further upon the stipulation of the parties;

**IT IS HEREBY ORDERED** that the above-captioned case is dismissed, with prejudice, and without further costs or fees to any party.

DATED: This __8th__ day of __July__, 2005.

    /s/    David RHerndon
    **UNITED STATES DISTRICT JUDGE**